IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Misty Clark, | : | |
| Plaintiff | : | Civil Action 2:11-cv-0980 |
| v. | : | Judge Sargus |
| Ryan Britton, | : | Magistrate Judge Abel |
| Defendant | : | |

## Order Cancelling Settlement Week Mediation

On November 5, 2012, counsel for the parties participated in a telephone conference with the Magistrate Judge and requested that the Settlement Week mediation noticed for December 12, 2012 at 1:30 p.m. be cancelled. Insufficient discovery has been completed to permit meaningful mediation. Defendant Ryan Britton was deployed overseas and is still on active military duty. Counsel believe that the parties will be in a position to mediate in . The December 2012 Settlement Week mediation is CANCELLED.

Counsel are DIRECTED to call me (614-719-3370) on or before **January 18, 2013** to set up a telephone conference to let me know the status of discovery, their proposed amended scheduling order, the parties' settlement discussions, and whether their clients want to participate in the March 2013 Settlement Week.

The Clerk of Court is DIRECTED to serve a copy of this Order on counsel and the Settlement Week Mediator Daniel Ryan, PO Box 846, Dublin, OH 43017.

s/Mark R. Abel
United States Magistrate Judge
